JS-6/JS-3

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 15-004143-RGK<br>CR 13-00762-RGK | Date | August 6, 2015 |
|---|---|---|---|

| Title | *RAFAEL OCHOA v. UNITED STATES OF AMERICA* |
|---|---|

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| Rafael Ochoa, pro se<br>Not Present | Ryan Weinstein, AUSA<br>Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE PETITIONER'S REQUEST TO WITHDRAW HIS MOTION TO DISMISS [6]/[37]**

The Court has reviewed Petitioner's Motion to Dismiss, filed on July 17, 2015. The request to withdraw the Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 USC 2255, is granted.

**IT IS SO ORDERED.**

:

Initials of Preparer   slw